# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-21219-7 RDB  
**Case Name:** LOPEZ, MICHAEL R  

**Period Ending:** 01/31/23

**Trustee:** (360070)   DARCY D. WILLIAMSON  
**Filed (f) or Converted (c):** 12/14/22 (f)  
**§341(a) Meeting Date:** 01/19/23  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2013 Subaru Legacy | 7,875.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Cell phone, television, notebook computer | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 5 | Watch, minimal other jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Finst National Bank of Omaha | 20.00 | Unknown | | 0.00 | Unknown |
| 8 | Savings account: First National Bank of Omaha | 10.00 | Unknown | | 0.00 | Unknown |
| 9 | 2022 Tax Refunds  (u) | Unknown | Unknown | | 0.00 | Unknown |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$11,365.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Requested bank statements for the 90 days prior to filing bankruptcy. Requested registration for the 2013 Subaru Legacy. Received registration and title for the vehicle. Appears First National Bank of Omaha is not listed on either one. Requested loan documents for the Subaru with First National Bank. Requested documents regarding the payoff of the Mohela loan. Requested and received copies of Debtors 2020 and 2021 tax returns. Requested copies of Debtor's 2022 federal and state tax returns when prepared, and the turnover of any refunds. Requested clerk issue claims bar date. To pursue assets as appriopriate.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-21219-7 RDB  **Trustee:** (360070)  DARCY D. WILLIAMSON
**Case Name:** LOPEZ, MICHAEL R  **Filed (f) or Converted (c):** 12/14/22 (f)
 **§341(a) Meeting Date:** 01/19/23
**Period Ending:** 01/31/23  **Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** February 28, 2024  **Current Projected Date Of Final Report (TFR):** February 28, 2024